# EXHIBIT E

DocuSign Envelope ID: BD7484A2-90CA-45E9-8796-B1FD2A1318F8


**Order Form**

## Order Information

| | | | | | |
|---|---|---|---|---|---|
| **Contracting Entity** | Society for Human Resource Management | **Billing Account** | Society for Human Resource Management | **Account Number** | 14421 |
| **Representative** | John Vittori | **Phone** | | **Email** | john.vittori@zayo.com |

## New Order - 2083498

### Order Details

| Order Details | | Product Details | | Protection and Feature Details | |
|---|---|---|---|---|---|
| Order ID | 2083498 | Product Category | DIA | Burstable IP Service | No |
| Order Type | New | Bandwidth | 10G | Core-Network Fiber Path Diversity | No |
| Order Term | 36 months | Bandwidth Type | Standard | Core-Network Protection | No |
| Product | DIA | Max Burst Speed | 10G | Special Routing Required | No |
| | | Circuit Options | GigE - Optical - Single Mode | | |

### Order Component(s)

| SOC Type | Term | Address | Port Handoff Sp | Bandwidth | Lateral A | Handoff | Loc Fib Path Div | Local Network Protection | Rate Limit | Rate Limit to | Initials |
|---|---|---|---|---|---|---|---|---|---|---|---|
| New | 36 | 1800 Duke St/Fl-P1/Rm-Telephone Alexandria, VA 22314 | 10GigE | 10G | One (Single) | 2-Fiber (Optical SMF) | | | | N/A | |

### Order Component(s)

| Address | In-Building Charges | Conduit | Riser Cable | Cross Connect | Customer LOC Space & Power | New Customer Loc Device | CFA Provided by | Initials |
|---|---|---|---|---|---|---|---|---|
| 1800 Duke St/Fl-P1/Rm-Telephone Alexandria, VA 22314 | Customer Responsibility | Customer Responsibility | Customer Responsibility | Customer Responsibility | | No | Zayo | |

### Pricing

| Product | Service Item Desc | Component | Component Address | Type | Status | Quantity | Amount | Items Total |
|---|---|---|---|---|---|---|---|---|
| DIA | Interface Port Charge | SOC-0004729871 | 1800 Duke St/Fl-P1/Rm-Telephone Alexandria VA 22314 | MRC | Pending Install | 1 | USD 1,500.00 | USD 1,500.00 |
| DIA | Connected IPv6 Address - None | SOC-0004729871 | 1800 Duke St/Fl-P1/Rm-Telephone Alexandria VA 22314 | MRC | Pending Install | 1 | USD 0.00 | USD 0.00 |
| DIA | Connected IPv4 Address - IPv4/31 | SOC-0004729871 | 1800 Duke St/Fl-P1/Rm-Telephone Alexandria VA 22314 | MRC | Pending Install | 1 | USD 0.00 | USD 0.00 |
| | Monthly Recurring Charges Total: | | | | | | | USD 1,500.00 |

### Contract Details

| Details | |
|---|---|
| Governing MSA | Society for Human Resource Management MSA 2013-08-15 |

### Order Notes

| | |
|---|---|
| **Expiration Date** | Pricing on this Order Form expires if Order is not signed prior to June 19, 2022 |

DocuSign Envelope ID: BD7484A2-90CA-45E9-8796-B1FD2A1318F8

Page 2 of 2

**Order ID(s): 2083498**

**Grand Total Costs**

| Service Item Desc | Items Total |
|---|---|
| Monthly Recurring Charges Total: | USD 1,500.00 |
| Taxes and impositions As Invoiced[2] | |

**Customer Contact Information:**

| Role(s) | Name | Phone | Email |
|---|---|---|---|
| Billing Contact | Account Payable | (703) 535-6452 | ap@shrm.org |
| Primary | Ruud Van Wersch | 7035356402 | ruud.vanwersch@shrm.org |

**Signatures**



| **Zayo Group LLC** | **Society for Human Resource Management** |
|---|---|
| Signature: *Lynn D. Tinney* | Signature: *Sean Roddy* |
| Printed Name: Lynn D. Tinney | Printed Name: Sean Roddy |
| Date: 5/25/2022 | Date: 5/25/2022 |
| Title: 5/25/2022 | Title: CFO |

**Terms and Conditions**

1. Customer acknowledges that Customer is ordering the access and service(s) described above ("Offering") from Zayo Group, LLC, and or its applicable affiliate or subsidiary ("Zayo"). This Customer Order shall be governed by and subject to the applicable contract documents between Customer and Zayo referenced above (collectively, the "Agreement"). If Customer has not executed an Agreement and/or no Agreement is referenced in this Customer Order, then this Customer Order shall be governed by the terms and conditions of Zayo's Master Customer Agreement and applicable Customer Schedule in effect as of the date of this Customer Order, incorporated herein by this reference and available upon request. This Customer Order is subject to availability and shall only become binding upon acceptance by an authorized Zayo representative. Customer acknowledges that upon Zayo's acceptance, this Customer Order shall become a non-cancellable, binding obligation for the purchase of the Offering for the Offering Term stated above. By signing this Customer Order, Customer further acknowledges that it has read and understands the terms and conditions of this Customer Order and Customer's signatory represents that he/she is authorized to sign this Customer Order on Customer's behalf.

2. If Customer is discontinuing Offering (s) of any type for any reason, Customer must submit the disconnection request through the form located at https://www.zayo.com/disconnectservice/. For notice of disconnect to be effective, all information necessary for Zayo to complete the disconnect must be provided at time of request such as; Circuit ID, Customer ordered 3rd Party Cross Connect Vendor's Disconnect Firm Order Commitment ("FOC") or the 3rd Party Cross Connect Vendor's Disconnect Order Number. Failure to provide complete and accurate information may delay or impact Zayo's ability to process the disconnection request. Customers will be responsible for outstanding amounts due for Services through the actual date of termination, inclusive of any early termination charges, if applicable.

Proprietary and Confidential