AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| Society for Human Resource Management | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    1:26-cv-00914-AJT-IDD |
| Zayo Group Holdings, Inc. | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Zayo Group Holdings, Inc.      .

Date:    06/08/2026

/s/ Thomas M. Craig
*Attorney's signature*

Thomas M. Craig, VSB 58063
*Printed name and bar number*

Fluet
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102

*Address*

tcraig@fluet.law
*E-mail address*

(703) 590-1234
*Telephone number*

(703) 590-0366
*FAX number*