**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

SOCIETY FOR HUMAN RESOURCE
MANAGEMENT,

              *Plaintiff*,

          v.

ZAYO GROUP HOLDINGS, INC.,

              *Defendant*.

Case No. 1:26-cv-00914-AJT

## DEFENDANT'S RULE 7.1 DISCLOSURE

Defendant Zayo Group Holdings, Inc. (hereinafter, "Defendant" or "Holdings"), certifies that it is a nongovernmental corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Boulder, Colorado.  Pursuant to Rule 7.1 of the Federal Rules for Civil Procedure, Defendant hereby identifies its parent, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities to the public and any publicly held entity (corporate or otherwise) owning ten percent (10%) or more of its stock as follows:

Defendant's parent corporation is Front Range TopCo Inc., which is a Delaware corporation.  No publicly held corporation owns 10% or more of Defendant's stock.

Date:   June 8, 2026

Respectfully submitted,

*/s/ Thomas M. Craig*
Thomas M. Craig, Esq. (VSB #58063)
Amanda Z. Sin, Esq. (VSB #99552)
Michael J. O'Leary, Esq. (*pro hac vice forthcoming*)
**Fluet**
1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
T: (703) 590-1234 | F: (703) 590-0366
asin@fluet.law
moleary@fluet.law
tcraig@fluet.law
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, a true and correct copy of the foregoing has been electronically

filed with the Court via the Court's CM/ECF electronic filing system and served upon the following counsel of

record registered with CM/ECF:

Samantha L. Brooks, Esq.
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
T: (202) 463-2400
F: (202) 641-9209
sbrooks@seyfarth.com

/s/ Thomas M. Craig
Thomas M. Craig, Esq.