**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | |
| *Plaintiff*, | Case No. 1:26-cv-00914-AJT |
| v. | |
| ZAYO GROUP HOLDINGS, INC., | |
| *Defendant*. | |

**DEFENDANT'S MOTION TO DISMISS SHRM'S COMPLAINT**

COMES NOW Defendant Zayo Group Holdings, Inc., by and through undersigned counsel, and respectfully moves to dismiss Plaintiff Society for Human Resource Management's ("SHRM") Complaint (Dkt. No. 1) pursuant to Federal Rule of Civil Procedure 12(b)(6) because SHRM has failed to state a claim upon which relief may be granted. For the reasons set forth in the accompanying Memorandum in Support, Plaintiff's Complaint should be dismissed. A proposed Order is attached for the Court's consideration.

Date:   June 8, 2026

Respectfully submitted,

*/s/ Thomas M. Craig*
Thomas M. Craig, Esq. (VSB #58063)
Amanda Z. Sin, Esq. (VSB #99552)
Michael J. O'Leary, Esq. (*pro hac vice forthcoming*)
**Fluet**
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
asin@fluet.law
moleary@fluet.law
tcraig@fluet.law

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2026, a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system and served upon the following counsel of record registered with CM/ECF:

Samantha L. Brooks, Esq.
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
T: (202) 463-2400
F: (202) 641-9209
sbrooks@seyfarth.com

*/s/ Thomas M. Craig*
Thomas M. Craig, Esq.