AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| Society for Human Resource Management | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00914-AJT-IDD |
| Zayo Group Holdings, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Zayo Group Holdings, Inc.                                                                        .

Date:     06/16/2026

/s/ Amanda Z. Sin
*Attorney's signature*

Amanda Z. Sin, VSB 99552
*Printed name and bar number*

Fluet
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102

*Address*

asin@fluet.law
*E-mail address*

(703) 590-1234
*Telephone number*

(703) 590-0366
*FAX number*