**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT, | |
| *Plaintiff,* | Case No. 1:26-cv-00914-AJT |
| v. | |
| ZAYO GROUP HOLDINGS, INC., | |
| *Defendant.* | |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE that on Wednesday, July 15th, 2026, at 10:00 a.m., or soon

thereafter, Defendant will present to the Court argument in support of their Motion to Dismiss.

Date:   June 12, 2026                              Respectfully submitted,

*/s/ Amanda Z. Sin*
Thomas M. Craig, Esq. (VSB #58063)
Amanda Z. Sin, Esq. (VSB #99552)
Michael J. O'Leary, Esq. (*pro hac vice*)
**Fluet**
1751 Pinnacle Drive, Suite 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
asin@fluet.law
moleary@fluet.law
tcraig@fluet.law

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, a true and correct copy of the foregoing has been electronically filed with the Court via the Court's CM/ECF electronic filing system and served upon the following counsel of record registered with CM/ECF:

Samantha L. Brooks, Esq.
SEYFARTH SHAW LLP
975 F St NW
Washington, DC 20004
T: (202) 463-2400
F: (202) 641-9209
sbrooks@seyfarth.com

/s/ Amanda Z. Sin
Amanda Z. Sin, Esq.

2