**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

SOCIETY FOR HUMAN RESOURCE
MANAGEMENT

      Plaintiff,

        v.

ZAYO GROUP HOLDINGS, INC.

      Defendant.

Civil Action No.  1:26-cv-00914-AJT

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiff Society for Human Resource Management ("SHRM"), for good cause shown, respectfully requests that the Court enter an Order granting SHRM a three (3) day extension of time to file its Opposition to Defendant's Motion to Dismiss. In support thereof, SHRM states as follows:

1.      On April 3, 2026, SHRM filed a Complaint against Defendant Zayo Group Holdings, Inc. ("Zayo").

2.      On June 8, 2026, Zayo filed its Contested Motion to Dismiss for Failure to State a Claim.

3.      Counsel for SHRM thereafter conferred in good faith with counsel for Zayo.

4.      Since that time, SHRM's primary attorney has become ill with the flu and remains ill.

5.      SHRM's response to Zayo's Motion to Dismiss is currently due on June 22, 2026.

6.      In light of counsel's illness, SHRM's counsel contacted counsel for Zayo to request a brief three-day extension.

7.     SHRM's counsel has conferred with Zayo's counsel and they do not oppose the requested extension. Specifically, Zayo's counsel stated as follows by email: "Undersigned counsel contacted Counsel for the Defendant seeking their position on this motion. Defendant advises that based on the representations in this motion that the primary attorney handing this matter for Plaintiff is ill, Defendant does not oppose a three day extension of Plaintiff's time to respond to the pending motion to dismiss. However, Defendant still believes Plaintiff should simply dismiss this case as it was filed against an entity that is not the party to the underlying contract."

8.     Accordingly, due to counsel's illness, SHRM respectfully requests a three-day extension until June 25, 2026, to file its Opposition to Defendant's Motion to Dismiss.

9.     A proposed Order is attached.

10.    SHRM waives oral argument on this Motion.

WHEREFORE, for the foregoing reasons and for good cause shown, SHRM requests that this Court grant this Unopposed Motion for Extension of Time to File an Opposition to Zayo's Motion to Dismiss the Amended Complaint and grant SHRM an extension through and including June 25, 2026 to respond to Defendants' Motions to Dismiss the Amended Complaint.

DATED:  June 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Samantha L. Brooks*

Samantha L. Brooks (VSB No. 91928)
SEYFARTH SHAW LLP
975 F St. NW
Washington, DC 20004
sbrooks@seyfarth.com
Telephone: (202) 828-3560
Facsimile: (202) 828-5393

Daniel P. Hart (to be admitted *pro hac vice*)
Georgia Bar No. 141679
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309
dhart@seyfarth.com
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Mitchell A. Robinson (to be admitted *pro hac vice*)
mrobinson@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

ATTORNEYS FOR PLAINTIFF

- 3 -

326704124v.1