## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

SOCIETY FOR HUMAN RESOURCE
MANAGEMENT

    Plaintiff,

      v.

ZAYO GROUP HOLDINGS, INC.

    Defendant.

Civil Action No.  1:26-cv-00914-AJT

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION DISMISS

UPON CONSIDERATION of the Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss ("Unopposed Motion"), and for good cause show, IT IS HEREBY ORDERED:

1.  The Unopposed Motion is GRANTED.

2.  Plaintiff SHRM shall have through and included June 25, 2026 to file its Opposition to Zayo Group Holdings, Inc's ("Zayo") Motion to Dismiss.

    SO ORDERED this _____ day of June, 2026.


                           _____
                           Hon. Anthony J. Trenga
                           United States District Court Judge
                           Eastern District of Virginia

326704878v.1