**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SOCIETY FOR HUMAN RESOURCE MANAGEMENT<br><br>    Plaintiff,<br><br>        v.<br><br>ZAYO GROUP HOLDINGS, INC.<br><br>    Defendant. | Civil Action No.  1:26-cv-00914-AJT |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION DISMISS**

UPON CONSIDERATION of the Unopposed Motion for Extension of Time to File Opposition to Motion to Dismiss ("Unopposed Motion"), and for good cause show, IT IS HEREBY ORDERED:

1.  The Unopposed Motion is GRANTED.

2.  Plaintiff SHRM shall have through and included June 25, 2026 to file its Opposition to Zayo Group Holdings, Inc's ("Zayo") Motion to Dismiss.

The Clerk is directed to forward copies of this Order to all counsel of record.

June 23, 2026
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge